IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 17 AM 10: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

UNITED STATES OF AMERICA

    Plaintiff

VS.

                              CR. NO. 04-20177-03-B

LARRY BULLOCK (b)

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

---

This cause came on for a status report on March 24, 2005. At that time, counsel for the defendant requested a continuance of the April 4, 2005 trial date in order to allow for availability of witnesses in the case.

The Court granted the request and set the **trial date of Monday, June 6, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from May 31, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 17th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-20-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CR-20177 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT