IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 04-20177-B |
| ) | |
| LARRY BULLOCK ) | |
| ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on June 6, 2005, the United States Attorney for this District, Kevin Whitmore, representing the Government, and the defendant, Larry Bullock, appearing in person and with counsel, Harold Archibald.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on June 8, 2005, and announced a verdict of GUILTY as to Counts 1, 2 & 3 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING is SET on WEDNESDAY, September 14, 2005 at 9:00 a.m.** in Courtroom Number 1, on the 11th Floor, before Judge J. Daniel Breen.

Defendant was permitted to remain on his present bond status.

ENTERED this the 9¶ day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CR-20177 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT