IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No.: 04-20177-B |
| | ) | |
| LARRY BULLOCK, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter, Motion to Continue Sentencing Hearing, was brought to this Court by the United States on behalf of the Parties. The Parties request that defendant's, Larry Bullock, sentencing hearing be continued for 30 days or rescheduled to October 18, 2005, when the related case, United States v. Gerald Rayborn, sentencing hearing will be held. The Parties believe that this continuance would allow the Parties to resolve pending pre-sentencing issues. Thus, after fully considering this matter, and for good cause shown,

**IT IS ORDERED** that the sentencing hearing for Defendant Larry Bullock be rescheduled for October 13, 2005, at 9:00 A.M.

Entered this 30 day of August, 2005.

J. DANIEL BREEN
United States District Judge

Approved by:

Kevin P. Whitmore, AUSA

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-31-05

105

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:04-CR-20177 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James R. Garts
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Kevin P. Whitmore
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT